

TAGLaw International Lawyers

**Benjamin LaFrombois, Esq.**
**Direct Telephone**
**920-233-4704**
**blafrombois@vonbriesen.com**

June 30, 2020

**VIA ECF**

Hon. William C. Griesbach
Jefferson Court Building
125 S. Jefferson Street, Room 203
Green Bay, WI 54301-4541

      RE:    <u>Convergen Energy WI, LLC, et al. v. Convergen Energy LLC, et al.</u>
                Eastern District Case No.: 20-cv-00823

Dear Judge Griesbach:

The Rule 16(b) scheduling conference in the above-referenced action is currently set for this Thursday, July 2, at 9:30 a.m. Since the Court set the date of the scheduling conference, the parties agreed to extend the date by which defendants answer or otherwise respond to the Complaint, which date is currently set for July 17. The parties met via telephone for their Rule 26(f) conference, and agreed that it makes more sense to conduct the scheduling conference after the answer deadline.

In addition, the parties are currently considering a further brief extension to the answer deadline. To accommodate that potential extension, the parties respectfully ask the Court to adjourn the Rule 16(b) scheduling conference to a date sometime after July 31, 2020. I am authorized to state that Attorney George Burnett joins in this request.

Very truly yours,

von BRIESEN & ROPER, s.c.

Benjamin LaFrombois, Esq.

BDL:sf

cc:    R. George Burnett, Law Firm of Conway, Olejniczak & Jerry, S.C. (via ECF)