# United States District Court
EASTERN DISTRICT OF WISCONSIN

CONVERGEN ENERGY WI, LLC and
THEODORE HANSEN,

          Plaintiffs,

v.

**JUDGMENT IN A CIVIL CASE**
Case No. 20-C-823

CONVERGEN ENERGY LLC,
L'ANSE WARDEB ELECTRIC COMPANY, LLC, and
LIBRA CAPITAL US, INC.,

          Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☐ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that this action is DISMISSED without costs to either party.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: October 8, 2020

GINA M. COLLETTI
Clerk of Court

s/ Cheryl A. Veazie
(By) Deputy Clerk